

## LAW OFFICES OF WILLIAM CAFARO

www.cafaroesq.com

William Cafaro, Esq.
ADMITTED IN NY, CA, MD & TX

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
Email: bcafaro@cafaroesq.com

Amit Kumar, Esq.
*Associate*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

Andrew S. Buzin, Esq.
*Of Counsel*
ADMITTED IN NY, FL & DC

November 27, 2017

***Via ECF***
Hon. Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square, Courtroom 905
New York, NY 10007

Re: Ramos v. Rector Street Food Enterprises Ltd., et al<br>Case No.: 17-cv-03359 (RJS)

Your Honor:

This office represents the Plaintiff in the above referenced FLSA action, and we respectfully submit this supplement to the fairness submission filed on Friday, 11/24/17. As indicated in the submission, my office was closed that day and the submission was done remotely, so the detailed disbursement information was unavailable. The total disbursements are $751, as detailed in the summary appended hereto as Ex. "1". Aside from the $400 filing fee, the pertinent pages from the process server's invoice for the month of May is appended as Ex. "2", and there are electronic "sticky notes" on the items for service upon the three individual defendants in the amount of $50 each. Exhibits "3", "4" and "5" are the respective invoices from Servico, the company we used to effect Secretary of State service upon the three corporate defendants, in the amount of $67.00 each. I hope this is sufficient for the purposes of the inquiry, and I renew the joint request that the settlement be approved, and my request that the award of attorney's fees and disbursements be approved as submitted.

Respectfully submitted,
LAW OFFICES OF WILLIAM CAFARO

_____/s/_____
By: William Cafaro (WC 2730)

cc: Stephen Hans, Esq. (via ECF)
Nils Shilito, Esq. (via ECF)